Opinion issued February 20, 2003













In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01159-CR

____________


FRANKLIN PIERCE SMITH, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 21st District Court

Burleson County, Texas

Trial Court Cause No. 11,647






MEMORANDUM OPINION

 Appellant filed in the district court a pro se motion to withdraw his notice
of appeal in the above-referenced case. According to the Texas Rules of Appellate
Procedure, a motion to withdraw notice of appeal should be filed in the appellate
court. See Tex. R. App. P. 42.2(a).

 However, we believe that good cause exists to suspend the operation of
Rule 42.2(a) in this case, in accordance with Rule 2, as to that requirement. See Tex.
R. App. P. 2. We have not yet issued a decision. Accordingly, the appeal is
dismissed. 

 The Clerk of this Court is directed to issue the mandate immediately. Tex.
R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Alcala.

Do not publish. Tex. R. App. P. 47.2(b).